**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Torey C. WALKER, Defendant–**
**Appellant.**

No. 08–16979
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 30, 2009.

Terry Flynn, E. Bryan Wilson, U.S. Attorney's Office, N.D. of Florida, Tallahassee, FL, for Plaintiff–Appellee.

Torey C. Walker, Miami, FL, pro se.

Charles L. Bachman, Jr., Seyfarth Shaw LLP, Atlanta, GA, for Defendant–Appellee.

Before BLACK, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Randolph P. Murrell, appointed counsel for Torey C. Walker in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Walker's convictions and sentences are **AFFIRMED.**